**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 25, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

MARLON DeWITT WATSON,

    Plaintiff - Appellant,

v.

STATE OF MISSOURI, Office of
Attorney General; MISSOURI
DEPARTMENT OF SOCIAL
SERVICES, Director of Family
Support Division; CHRISTINE
BROWN, Missouri Department of
Social Services, Family Support
Division; AMBER L. DAUGHERTY,
Missouri Department of Social
Services, Division of Legal Services;
LATISHA NICHOLE KNIGHTEN;
AUTHORIZED REPRESENTATIVE
OF THE DIRECTOR, Missouri
Department of Social Services,

    Defendants - Appellees.

No. 16-3095
(D.C. No. 2:15-CV-09930-JAR-JPO)
(D. Kan.)

---

**ORDER AND JUDGMENT**[*]

---

Before **BRISCOE**, **GORSUCH**, and **McHUGH**, Circuit Judges.

---

    [*] After examining the briefs and appellate record, this panel has
determined unanimously that oral argument would not materially assist the
determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G).
The case is therefore ordered submitted without oral argument. This order and
judgment is not binding precedent, except under the doctrines of law of the case,
res judicata, and collateral estoppel. It may be cited, however, for its persuasive
value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Before the district court Marlon Watson claimed that the defendants violated his constitutional and state law rights by ordering him to provide child support and health insurance. The district court dismissed the case, thoroughly explaining in an eleven page order that Mr. Watson's claims, apparently based on 42 U.S.C. § 1983, could not be brought against the State of Missouri, its agencies, and the other defendants because Eleventh Amendment and *Younger* abstention doctrine barred the way. Mr. Watson now asks us to overturn the district court's decision. But even affording his pleadings a solicitous construction, we can discern no error in the district court's judgment and nothing we might add to its careful analysis.

Affirmed.

ENTERED FOR THE COURT


Neil M. Gorsuch
Circuit Judge